STATE OF CONNECTICUT *v.* KENNETH MYERS

The defendant's petition for certification for appeal from the Appellate Court, 101 Conn. App. 167 (AC 26740), is denied.

*Alice Osedach,* assistant public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided July 3, 2007

STATE OF CONNECTICUT *v.* KENNETH MYERS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 101 Conn. App. 167 (AC 26740), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the court committed plain error when it sentenced the defendant as a repeat offender?"

The Supreme Court docket number is SC 17925.

*James M. Ralls,* senior assistant state's attorney, in support of the petition.

*Alice Osedach,* assistant public defender, in opposition.

Decided July 3, 2007

RICARDO PEREIRA *v.* COMMISSIONER OF CORRECTION

The petitioner Ricardo Pereira's petition for certification for appeal from the Appellate Court, 101 Conn. App. 397 (AC 26796), is denied.